

**MANDATE**

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 474TH DISTRICT COURT OF MCLENNAN COUNTY, GREETINGS:

On August 28, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

In the Matter of the Marriage of Mary Elaine Doll and Jay Brock

Court of Appeals No. 15-25-00073-CV
Trial Court No. 2025-126-6

The Court of Appeals entered the following judgment or order:

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 21, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order appellant, Jay Brock, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this November 17, 2025.



**CHRISTOPHER A. PRINE, CLERK**